[No. 23633-1-III.   Division Three.   March 21, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH RAY WALTON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-01270-2, Salvatore F. Cozza, J., entered November 19, 2004. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 23780-0-III.   Division Three.   March 21, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOT ANDREW DICK, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 04-1-00191-3, Rebecca M. Baker, J., entered January 10, 2005. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 23819-9-III.   Division Three.   March 21, 2006.]

ROBERT H. HENNINGS, *as Remainderman*, ET AL., *Appellants,* JAMES M. MURPHY, *as Successor Trustee, Respondent,* v. WILLARD C. HENNINGS, *as Personal Representative*, ET AL., *Respondents.*

*In the Matter of the Residuary Credit Shelter Trust of* ROBERTA L. HENNINGS.

Appeal from a judgment of the Superior Court for Adams County, No. 02-2-00279-3, Richard W. Miller, J., entered January 12, 2005. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis, J., and Thompson, J. Pro Tem.